UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

CITATION / CASE NO. 09-mj-0017 CMK

vs.

**ORDER TO PAY**

Daniel J. Davis

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City            State           Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**
DATE: 3-3-09     X _____
                   DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: 09-mj-0017CMK  FINE 1,000.00  ASGMT. _____
CITATION / CASE NO: _____  FINE _____  ASGMT. _____
CITATION / CASE NO: _____  FINE _____  ASGMT. _____
CITATION / CASE NO: _____  FINE _____  ASGMT. _____

(X) **FINE TOTAL** of $ 1,000.00 and a penalty assessment of $ _____ ~~within~~
~~days/months or~~ payments of $ 50.00 per month, commencing 4-1-09
and due on the first of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
(X) **PROBATION** to be unsupervised / ~~supervised~~ for: 3 years

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~ 501 I Street
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 3-3-09             _____
                         U.S. MAGISTRATE JUDGE

Clerk's Office                                    EDCA - 03 Rev 8/97